IN THE SUPREME COURT OF NORTH CAROLINA

No. 198A23

Filed 18 October 2024

STATE OF NORTH CAROLINA

v.

KYLE ALLEN BURRIS

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 289 N.C. App. 535 (2023), finding no error in the judgments entered 11 August 2021 by Judge Jacqueline D. Grant in Superior Court, Buncombe County. Heard in the Supreme Court on 25 September 2024.

*Joshua H. Stein, Attorney General, by Derrick C. Mertz, Special Deputy Attorney General, for the State-appellee.*

*Kimberly P. Hoppin for defendant-appellant.*

PER CURIAM.

AFFIRMED.